United States District Court
Southern District of Texas
**ENTERED**
April 02, 2024
Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| **DIONNA JOHNSON, Individually and as Next of Friend of B.J., a Minor,** | § § § | |
| *Plaintiffs* | § § | |
| **v.** | § § | **CIVIL ACTION NO. 4:24-CV-00116** |
| **HOUSTON INDEPENDENT SCHOOL DISTRICT,** | § § § § | |
| *Defendant* | | |

## ORDER GRANTING NOTICE OF NONSUIT OF DEFENDANTS
## HOUSTON INDEPENDENT SCHOOL DISTRICT AND MARQUES COLLINS

After considering Plaintiffs' Notice of Nonsuit Without Prejudice as to Defendants Houston Independent School District and Marques Collins, this Honorable Court hereby:

GRANTS Plaintiffs' Notice of Nonsuit Without Prejudice as to Defendants Houston Independent School District and Marques Collins; and,

ORDERS that all claims and causes of action against Defendants Houston Independent School District and Marques Collins hereby be dismissed without prejudice.

SIGNED this 2nd day of April, 2024.

_____
Honorable Judge